**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUL 7 2026

NATHAN OCHSNER
CLERK OF COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **vs** | § | **CRIMINAL NO. B-26-MJ-024** |
| **EDWIN ARNALDO COLINDRES-PERALTA** | § | |

## C R I M I N A L   I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES:

On or about June 7, 2026, in Cameron County, in the Southern District of Texas and within the jurisdiction of the Court,

**EDWIN ARNALDO COLINDRES-PERALTA,**

an alien, did willfully, knowingly and unlawfully enter the United States at a place other than as designated by immigration officials.

In violation of Title 8, United States Code, Section 1325(a)(1).

Respectfully Submitted,

JOHN G. E. MARCK
Acting UNITED STATES ATTORNEY

DAVID CORONADO
Assistant United States Attorney
600 E. Harrison #201
Brownsville, Texas 78520
State Bar No. 24038834
Federal Bar No. 38817
(956) 548-2554/(956) 548-2770 Facsimile